COLLINSON, DAEHNKE, INLOW & GRECO
Lenore C. Kelly, Esq., State Bar No. 170891
Email : lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA  90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF-MEN'S CENTRAL JAIL, OFFICER RAMIERZ, SERGEANT DURAN and DEPUTY MARTIN B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL HERRING,<br><br>              Plaintiff,<br><br>       v.<br><br>COUNTY OF LOS ANGELES, a California municipal entity; LOS ANGELES COUNTY SHERIFF-MEN'S CENTRAL JAIL; a Public Entity, OFFICER RAMIERZ, an individual; SERGEANT DURAN, an individual; DEPUTY MARTIN, B, an individual; and DOES 1 through 30,<br><br>              Defendants. | Action Filed:  August 20, 2019<br><br>**DEFENDANTS, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF-MEN'S CENTRAL JAIL, OFFICER RAMIERZ, SERGEANT DURAN and DEPUTY MARTIN B.'S NOTICE OF REQUEST FOR REMOVAL OF ACTION UNDER 28 U.S.C 1441(b) (FEDERAL QUESTION); DECLARATION OF LENORE C. KELLY** |

**PLEASE TAKE NOTICE** that Defendants, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF-MEN'S CENTRAL JAIL, OFFICER RAMIERZ, SERGEANT DURAN and DEPUTY MARTIN B., hereby request to remove to this Court the state court action described below, pursuant to

the provisions of 28 U.S.C. § 1441(b) on the basis of federal question as follows:

1. On August 20, 2019, an action was filed in the Superior Court of the State of California in and for the County of Los Angeles entitled *Michael Herring v. County of Los Angeles, et al, Case No. 19STCV28760*. The action includes a cause of action for Failure to Train, Supervise and Discipline pursuant to 42 U.S.C. §1983, *Monell*. A true and correct copy of the complaint is attached hereto as Exhibit "A".

2. The summons and complaint were served on Defendants COUNTY OF LOS ANGELES on or about September 11, 2019. As such, this Notice is timely pursuant to 28 U.S.C. section 1446(b) as it is being filed before a responsive pleading was filed by Defendant and within thirty (30) days of the date that the Summons and Complaint were served on Defendant.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331 and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. Section 1441 (b).

4. No further proceedings have been had in this matter in the Superior Court of Los Angeles County –Central Judicial District, California.

5. A true and correct copy of Defendant's Notice of Request for Removal is being filed with the Clerk for the Superior Court of Los Angeles County – Central Judicial District, California and served upon Plaintiff, as required by 28 U.S.C. Section 1446(d). A copy of Defendant's Notice to the Superior Court

is attached hereto as Exhibit "B".

6. The undersigned counsel for Defendant has read the foregoing and signs this Notice of Request for Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure as required by 28 U.S. C. Section 1446(a).

WHEREFORE, Defendant prays that Case No. 19STCV28760, now pending in the Superior Court of the State of California for the County of Los Angeles, be removed therefrom to this Court.

DATED: October 11, 2019          COLLINSON, DAEHNKE, INLOW & GRECO

By:
/s/ Lenore C. Kelly
Lenore C. Kelly, Esq.
Attorneys for Defendant
COUNTY OF LOS ANGELES, OFFICER RAMIERZ, SERGEANT DURAN and DEPUTY MARTIN B.

## DECLARATION OF LENORE C. KELLY

I, Lenore C. Kelly, declare as follows:

1. I am an attorney at law, licensed to practice before the State and Federal Courts of California. I am a Partner at Collinson, Daehnke, Inlow & Greco, attorneys of record herein for Defendants, County of Los Angeles. I have personal knowledge of the contents of this declaration and if called upon, I could and would competently testify thereto.

2. *Michael Herring v. County of Los Angeles, et al,* is a civil action of which this Court has original jurisdiction as it arises under the laws of the United States under 28 U.S.C. Sections 1331 and 1343.

3. I have been advised by the County of Los Angeles service was affected on or about September 11, 2019. Per the Complaint, Defendants Officer Ramirez, Sergeant Duran, Deputy Martin, B, are employed by the answering County of Los Angeles and alleged to have committed actions during their employment at the Los Angeles County Sheriffs- Men's Central Jail, and as such are defendants to be joined in this Request for Removal.

//

//

//

//

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 11th day of October 2019, at Torrance, California.

                                              /s/ Lenore C. Kelly
                                              Lenore C. Kelly, Declarant

**PROOF OF SERVICE**
Herring v. County of Los Angeles

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21515 Hawthorne Blvd., Suite 800, Torrance, California 90503.

On October 11, 2019, I served the following document described as: **DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF REQUEST FOR REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b) FEDERAL QUESTION; DECLARATION OF LENORE C. KELLY** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

*Attorney for Plaintiff*
Randy H. McMurray, Esq.
McMurray Henricks LLP
811 Wilshire Blvd., 1640
Los Angeles, CA 90017
Tel: 323-931-6200

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on October 11, 2019 at Torrance, California.

/s/ Marianne Guillinta
Marianne Guillinta

**DEFENDANTS' NOTICE OF REQUEST FOR REMOVAL OF ACTION UNDER 28 U.S.C 1441(b) (FEDERAL QUESTION); DECLARATION OF LENORE C. KELLY**